UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                                                        :

LUIS ALBERTO MARTINEZ ARELLANO,       :

                   Plaintiff,                :

              -v-                  :           23 Civ. 10862 (JPC)

PARC WEST VALET CLEANERS, INC. *et al.*,    :           ORDER

               Defendants.            :

------------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

     In light of Defendants' filing of their Amended Answer, Dkt. 21, and consistent with the Court's prior guidance, the Court grants Hang & Associates, PLLC's motion to withdraw as counsel for Defendants, Dkt. 17. Jian Hang and Yongjin Bae are therefore relieved as counsel. Defendants Parc West Valet Cleaners, Inc. and West 57 Cleaners Corp. are reminded that corporations and other artificial entities may not appear *pro se*. *See Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006). Nevertheless, the Court will temporarily stay any deadline for these Defendants to retain counsel pending Plaintiff's submission of his status letter on July 30, 2024.

     Hang & Associates, PLLC are directed to serve this Order on all four Defendants. The Clerk of Court is respectfully directed to close Docket Number 17 and to terminate Jian Hang and Yongjin Bae as counsel in this case.

     SO ORDERED.

Dated: July 18, 2024
      New York, New York

                                   JOHN P. CRONAN
                             United States District Judge