```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LUIS ALBERTO MARTINEZ ARELLANO,                                        :
                                                                       :
                        Plaintiff,                                     :
                                                                       :          23 Civ. 10862 (JPC)
        -v-                                                            :
                                                                       :                ORDER
PARC WEST VALET CLEANERS, INC. et al.,                                 :
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

As the Court previously informed representatives for the Defendants at the July 16, 2024 conference and reminded Defendants in its July 18, 2024 Order, Dkt. 22, a corporate or other artificial entity may not appear in this Court *pro se* and must be represented through licensed counsel. *See Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006). "Where a corporation repeatedly fails to appear by counsel, a default judgment may be entered against it pursuant to Federal Rule of Civil Procedure 55." *De Los Santos v. 94 Corner Cafe Corp.*, No. 21 Civ. 1577 (MKV), 2021 WL 5180870, at *2 (S.D.N.Y. Nov. 8, 2021). Defendants shall retain counsel by September 18, 2024. By September 25, 2024, the parties shall confer and submit a joint letter and proposed case management plan and scheduling order according to the terms outlined in the Court's June 3, 2024 Order. Dkt. 16. If Defendants have not retained counsel and the parties are thus unable to confer on the joint letter and case management plan, Plaintiff shall inform the Court of such by September 27, 2024.

SO ORDERED.

Dated: September 4, 2024                          _____
       New York, New York                                   JOHN P. CRONAN
                                                         United States District Judge