```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LUIS ALBERTO MARTINEZ ARELLANO,                                        :
                                                                       :
                              Plaintiff,                               :
                                                                       :              23 Civ. 10862 (JPC)
           -v-                                                         :
                                                                       :                   ORDER
PARC WEST VALET CLEANERS, INC. et al.,                                 :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of a letter, dated September 17, 2024, from Jongbum Lee, who represents that he is the owner of Defendant Parc West Valet Cleaners, Inc. Dkt. 27.  In light of the information presented in that letter, by September 20, 2024, Plaintiff is directed to file a letter indicating whether he intends to continue to pursue his claims as against Parc West Valet Cleaners, Inc.  After receiving Plaintiff's submission, the Court will set a new deadline, if appropriate, for Parc West Valet Cleaners, Inc. to retain counsel.  The September 18, 2024 deadline for the other Defendants to retain counsel remains in effect.

      SO ORDERED.

Dated: September 18, 2024  
       New York, New York

                                                                     JOHN P. CRONAN  
                                                            United States District Judge