# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

September 27, 2024

**VIA ECF**
Judge John P. Cronan
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    Arellano v. Parc West Valet Cleaners, Inc. et. al.
                Civil Action No.: 1:23-cv-10862(JPC)

Dear Judge Cronan:

      This firm represents Plaintiff in the above-captioned matter. We write to inform the Court that the parties are in the process of conferring on the joint letter and case management plan. The parties respectfully request a 14-day extension of the deadline to file the joint letter and case management plan, until October 9, 2024.

      We thank the Court for your attention in this matter.

                                                  Respectfully submitted,

                                                  --------------/s/--------------
                                                  Michael Taubenfeld

Cc: Julio E. Portilla, Esq., Jongbum Lee (via email)

The request is granted. The deadline for the parties (other than Defendant Parc West Valet Cleaners, Inc.) to submit a joint letter and civil Case Management Plan is extended to October 9, 2024. Any counsel for a defendant involved in the submission of the Case Management Plan shall also file a notice of appearance in this matter by October 9, 2024. Plaintiff's counsel is directed to send a copy of this Order to all defendants in this matter via email.

SO ORDERED.
Date: September 28, 2024
New York, New York

JOHN P. CRONAN
United States District Judge