# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

October 23, 2024

**VIA ECF**
Judge John P. Cronan
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    Arellano v. Parc West Valet Cleaners, Inc. et. al.
              Civil Action No.: 1:23-cv-10862(JPC)

Dear Judge Cronan:

    This firm represents Plaintiff in the above-captioned matter. We write to inform the Court that Plaintiff has agreed to dismiss without prejudice Parc West Valet Cleaners, Inc. from this matter, subject to reinstating them if discovery warrants it. We also intend to add as a Defendant West 57 Cleaners Corporation, which owned the laundromat during Plaintiff's employment.

    Further, relating to the joint letter and case management plan, I will be unable to submit the documentation because I have not yet received answering Defendants' portion and will be out of the office tomorrow and Friday for the Jewish holiday. We therefore request a brief extension until October 30, 2024 to submit those documents.

    We thank the Court for your attention in this matter.

                                Respectfully submitted,

                                --------------/s/--------------
                                Michael Taubenfeld

Cc: Jongbum Lee (via email)

---

The request is granted in part. The parties' deadline for the joint letter and civil case management plan is extended to October 28, 2024. No further extensions to that deadline will be granted. The deadline for Defendants' supplemental letter set forth in the Court's October 10, 2024 Order, Dkt. 35, remains in effect. Defendant Parc West Valet Cleaners, Inc. is dismissed from this action without prejudice. The Clerk of Court is respectfully directed to close Docket Number 36.

SO ORDERED.
Date: October 24, 2024
New York, New York

                                                JOHN P. CRONAN
                                        United States District Judge