UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
LUIS ALBERTO MARTINEZ ARELLANO,                                        :
                                                                       :
                   Plaintiff,                                              :
                                                                       :      23 Civ. 10862 (JPC)
      -v-                                                               :
                                                                       :      <u>ORDER</u>
PARC WEST VALET CLEANERS, INC. *et al.*,                               :
                                                                       :
                   Defendants.                                             :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On September 4, 2024, the Court ordered the parties to confer and submit a joint letter and proposed case management plan and scheduling order by September 25, 2024, according to the terms outlined in a prior order. Dkt. 26; *see* Dkt. 16. On September 30, 2024, the Court granted an extension of the parties' deadline to October 9, 2024. Dkt. 32. On October 10, 2024, the Court granted another extension of the deadline to October 25, 2024, and noted that "[i]n light of the continuing delays in this case, the Court will view with disfavor any further requests for extensions of time to file the materials" required by the Court's orders. Dkt. 35. Finally, on October 25, 2024, the Court granted in part another request for an extension of time and extended the deadline to October 28, 2024, explaining in that Order that "[n]o further extensions to that deadline will be granted." Dkt. 37.

       This final deadline for submission of the joint materials has passed and the parties have failed to submit the materials to the Court. Within one week of the filing of this Order, it is ordered that the parties must file on ECF the materials described in the Court's June 3, 2024 Order, Dkt. 16. As the parties failed to supply these materials after repeated extensions of the deadline, counsel for both parties must submit separate letters, of no more than five pages each, showing cause why

sanctions should not be imposed in light of their failure to comply with the Court's October 25, 2024 Order.  These letters are also due within one week of the filing of this Order.

SO ORDERED.

Dated: October 29, 2024
      New York, New York

                                                JOHN P. CRONAN
                                         United States District Judge