UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
LUIS ALBERTO MARTINEZ ARELLANO,                           :
:
                              Plaintiff,           :
:           23 Civ. 10862 (JPC)
       -v-                                                            :
:              ORDER
WEST 57 CLEANERS CORP., *et al.*,[1]                      :
:
                           Defendants.          :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        Counsel for all parties are hereby ordered to appear before the undersigned for an Initial Pretrial Conference ("IPTC") in accordance with Rule 16 of the Federal Rules of Civil Procedure on November 13, 2024 at 2:30 p.m. Unless the Court orders otherwise, the Court will conduct the IPTC by teleconference. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. Counsel should be prepared to discuss both the parties' joint letter and case management plan, Dkt. 42, and the parties' letters responding to the Court's order to show cause, Dkts. 41, 43.

        SO ORDERED.

Dated: November 7, 2024
       New York, New York

                                                          JOHN P. CRONAN
                                                          United States District Judge

---

[1] On October 25, 2024, the Court dismissed Defendant Parc West Valet Cleaners, Inc. from this matter without prejudice. Dkt. 37. The Clerk of Court is respectfully directed to change the caption of this case as reflected above.