# Law Office of Julio E. Portilla, P.C.
## Attorney at Law

November 8, 2024

**VIA ECF**
Judge John P. Cronan
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   Arellano v. Parc West Valet Cleaners, Inc. et. al. Case No.: 23-cv 10862(JPC)

Dear Judge Cronan:

    This firm is counsel to West 57 Cleaners Corp., Yun W. Choung, and Moon Choung (the hereinafter the "Defendants") in the above-captioned matter. I am in receipt of this Court's Order that all parties must appear before Your Honor on November 13, 2024 at 2:30 p.m. for an Initial Pretrial Conference ("IPTC") in accordance with Rule 16 of the Federal Rules of Civil Procedure.

    I am submitting this letter motion seeking to adjourn the IPTC because I am actually already engaged **at the same day and time** in the United States Bankruptcy Court for the Southern District of New York for an evidentiary hearing before the Honorable John P. Mastando III in the matter known as In re Nathalie Beauty Salon of NY Corp.

                                  Respectfully submitted,
                                    /s/ *Julio E. Portilla*
                                  Julio E. Portilla, Esq.

cc; Michael Taubenfeld (via email)

The request is granted. The conference scheduled for November 13, 2024 is adjourned to November 21, 2024 at 2:30 p.m. The Clerk of Court is respectfully directed to close Docket Number 45.

SO ORDERED.
Date: November 8, 2024
New York, New York

JOHN P. CRONAN
United States District Judge