FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

May 5, 2025

**VIA ECF**
Judge Jeannette A. Vargas
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

        Re:    Arellano v. Parc West Valet Cleaners, Inc. et. al.
                Case No.: 1:23-cv-10862(JAV)

Dear Judge Vargas:

      This firm represents Plaintiff in the above-referenced matter. Pursuant to Local Rule 37.3, Plaintiff respectfully requests that the Court compel Defendants to respond to Plaintiff's Interrogatories and Document Requests.

      This case is a hybrid wage and hour and discrimination case. Plaintiff asserts that he was not paid properly and that Defendants terminated him because of his Diabetes and high blood pressure. Plaintiff served Document Requests on Defendants on January 17, 2025 (See **Exhibit 1**, Plaintiff's Document Requests and Interrogatories) and Defendants' responses were due on February 17, 2025. Defendants did not respond on that date. Plaintiff followed up with Defendants regarding the responses. Defendants agreed to respond to the requests by March 21, 2025 and the parties submitted a joint letter to the Court requesting an extension of discovery until April 10, 2025. Unfortunately, March 21, 2025 came and went and Defendants failed to respond to Plaintiff's requests. On April 4, 2025, Plaintiff moved to compel Defendants to provide responses.

      Defendants then requested an extension of discovery because Defendants' counsel's mother suffered a stroke. The Court extended discovery for 6 weeks and gave Defendants until April 22, 2025 to provide responses. Defendants, however, were unable to meet that deadline given Defendants' counsel's mother's health and asked until April 29, 2025. Plaintiff agreed to allow the additional time. Defendants, however, missed that deadline and did respond to my attempts to reach them. Finally on May 2, 2025, Defendants advised that they would provide the

responses on May 3. However, Defendants did not provide the responses and still have not provided responses.

Plaintiff therefore respectfully requests that the Court compel Defendants to respond to Plaintiff's requests. Both the Court and Plaintiff provided Defendants with additional time to respond to requests, but Defendants have not provided the responses. Fact discovery closes on May 15, 2025, and Plaintiff cannot take depositions without these responses. We therefore respectfully request that the Court compel Defendants to respond.

We greatly appreciate the Court's attention to this matter.

Very truly yours,

--------------/s/------------
Michael Taubenfeld

Encl.

By Order dated May 5, 2025, this Court directed Defendants to respond to Plaintiff's Letter Motion to Compel Discovery (ECF No. 56) by May 7, 2025. To date, Defendants have failed to respond to Plaintiff's Letter Motion and Plaintiff's Document Requests and Interrogatories. Accordingly, the Court GRANTS Plaintiff's Motion to Compel Discovery. Defendants shall fully comply with their discovery obligations and provide responses to the discovery requests by **June 16, 2025**. The deadline for the completion of fact discovery is hereby extended to **July 15, 2025**. The deadline for the completion of expert discovery is hereby extended to **August 26, 2025**. The parties' joint status letter due under paragraph 18 of the Case Management Plan shall be due **September 9, 2025**.

Defendants are hereby placed on notice that failure to comply with any provision of this Order may subject Defendants to sanctions, including reimbursement of Plaintiff's attorney's fees and costs; the imposition of fines; and such other relief as may be deemed appropriate, including dismissal of the case. The Clerk of Court is directed to terminate ECF No. 56.

SO ORDERED.

Date: 5/28/2025

*Jeannette Vargas*
HON. JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE