UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                          :

LUIS ALBERTO MARTINEZ ARRELANO,      :

                Plaintiff,       :        23-CV-10862 (JAV)

          -v-                     :        <u>ORDER</u>

WEST 57 CLEANERS CORP., YUN W CHOUNG, and :
MOON CHOUNG,                           :

                Defendants.    :
                                          X
----------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

On June 20, 2025, a Suggestion of Bankruptcy was filed in this case, advising that on June 20, 2025, Defendants Yun W. Choung and Moon Choung filed a voluntary petition for relief pursuant to Chapter 7, Title 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Eastern District of New York. *See* ECF No. 62.

IT IS HEREBY ORDERED that, pursuant to Section 362(a) of the Bankruptcy Code, this matter is stayed as against Defendants Yun W. Choung and Moon Choung pending further order of the Court. *See* 11 U.S.C. § 362(a)(1) (the filing of a Chapter 7 petition "operates as a stay, applicable to all entities, of the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title").

IT IS FURTHER ORDERED that, by July 7, 2025, Plaintiff and Defendant West 57 Cleaners Corp. shall submit a joint letter setting forth their respective positions as to how this case should proceed in light of the aforementioned bankruptcy proceeding.

SO ORDERED.

Dated: June 23, 2025
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge