UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                           :

LUIS ALBERTO MARTINEZ ARELLANO,        :

                  Plaintiff,       :         23-CV-10862 (JAV)

             -v-                :          ORDER

WEST 57 CLEANERS CORP., et al.,           :

                Defendants.    :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated August 25, 2025, ECF No. 70, Plaintiff was required to file a letter, advising the Court of the status of the bankruptcy proceeding by October 25, 2025, and every 90 days thereafter. To date, Plaintiff has not filed the status letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 20, 2026, and every 90 days thereafter.**

      SO ORDERED.

Dated: January 13, 2026
      New York, New York                     _____
                                       JEANNETTE A. VARGAS
                                      United States District Judge